IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES R. SANDERS,

    Plaintiff,

vs.

No. 18-cv-1092-JPG-DGW

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Charles R. Sanders and against defendant Commissioner of Social Security.

**DATED:  January 30, 2020**

                                        **MARGARET M. ROBERTIE, Clerk of Court**

                                        **BY:    s/Tina Gray**
                                                    Deputy Clerk

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**